**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAUSTEVEION JOHNSON,  )
       Plaintiff,  )
    v.  )    2:14-cv-649-RFB-VCF
RITA LITTLE et al.,  )    **ORDER**
       Defendants.  )

**I.   DISCUSSION**

On June 5, 2014, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity to settle their dispute with a court-appointed mediator. (ECF No. 7, 10). This Court directed the Office of the Attorney General to file its 90-day status report on or before September 3, 2014. (ECF No. 7). The Inmate Early Mediation Conference is scheduled for October 14, 2014. (ECF No. 10).

On September 3, 2014, the Office of the Attorney General filed a motion for an enlargement of time to file its 90-day status report. (ECF No. 12). The Court grants the motion for an enlargement of time. The Office of the Attorney General shall now file its status report on or before October 20, 2014.

///
///
///
///
///
///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for an enlargement of time (ECF No. 12) is granted. The Office of the Attorney General shall file its status report on or before October 20, 2014.

DATED: This  4th  day of September, 2014.

_____
United States Magistrate Judge

2