# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LANSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>RITA LITTLE, *et al.*,<br><br>        Defendants. | 2:14-cv-00649-RFB-VCF<br><br>**ORDER** |

Before the court are Plaintiff's Motion for a Scheduling Order (#23) and Second Motion for Scheduling Order (#26).

On January 22, 2015, the court entered a discovery plan and scheduling order pursuant to Local Rule 16-1(b).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for a Scheduling Order (#23) and Second Motion for Scheduling Order (#26) are DENIED as moot.

Dated this 22nd day of January, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE