# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAUSTEVEION JOHNSON, | |
| Plaintiff, | 2:14-cv-00649-RFB-VCF |
| vs. | **ORDER** |
| RITA LITTLE, *et al.*, | |
| Defendants. | |

Before the Court is *pro se* Plaintiff's Motion to Extend Prison Copywork Limit (#31). No opposition has been filed and the time to file an opposition has passed.

**Motion to Extend Prison Copywork Limit**

Plaintiff's Motion seeks an order from the Court to increase his legal photocopy account by $30.00 to file documents to support his Motion for Summary Judgment. *Id.*

**Discussion**

The right to meaningful access to the courts does not confer a right to free unlimited photocopies. See *Sands v. Lewis*, 886 F.2d 1166 (9th Cir. 1989) (citing *Jones v. Franzen*, 697 F.2d 801, 803 ("[B]road as the constitutional concert of liberty is, it does not include the right to xerox." (7th Cir. 1983)); see also *Wanninger v. Davenport*, 697 F.2d 992, 994 (11th Cir. 1983); *Johnson v. Parke*, 642 F.2d 377, 380 (10th Cir. 1981); *Harrell v. Keohane*, 621 F.2d 1059, 1060-61 (10th Cir. 1980). The Nevada Department of Corrections provides $100.00 of free legal copy work to prisoner litigants. Here, Plaintiff does not state that he has exceeded this amount but he mentions that he has insufficient funds to file documents to support his Motion for Summary Judgment. (#31). Although the Ninth Circuit has not spoken on the issue, courts in other jurisdictions have not allowed plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. See, e.g., *Collins*

*v. Goord*, 438 Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker*, 43 F. 3d 1483 (10th Cir. 1994). In this instance, Plaintiff has demonstrated a particularized need for additional funds.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Prison Copywork Limit (#31) is GRANTED and Plaintiff's fund is increased an additional $30.00.

DATED this 2nd day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE