**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>R. LITTLE, *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-00649-RCJ-VCF<br><br>**ORDER TO PRODUCE LAUSTEVEION JOHNSON, #82138** |

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
          INDIAN SPRINGS, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **LAUSTEVEION JOHNSON, #82138,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **LAUSTEVEION JOHNSON, #82138,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, in Las Vegas, Nevada, on or about **September 28, 2016, at the hour of 4:00 PM**, to attend a hearing in the instant matter and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **LAUSTEVEION JOHNSON, #82138**, is released and

discharged by the said Court; and that the said **LAUSTEVEION JOHNSON, #82138** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 25th day of August, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**