# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>RITA LITTLE, *et al.*,<br><br>        Defendants. | 2:14-cv-00649-RFB-VCF<br>**MINUTE ORDER** |

      Before the Court is Plaintiff's Request for Transcripts of the September 28, 2016 hearing on the summary judgment motion. (ECF No. 68). Requests for transcript must be made by completing the attached form and submitting it to the U.S. District Court Clerk's Office, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101. The cost of a transcript is listed below.

| *TYPE OF TRANSCRIPT* | ORIGINAL | 1ST Copy to Each Party | Each Additional Copy to the Same Party |
|---|---|---|---|
| **Ordinary Transcript**<br>(30 day) A transcript to be delivered within *thirty (30) calendar days* after receipt of an order. receives your deposit | $3.65 | $.90 | $.60 |
| **14-Day Transcript**<br>A transcript to be delivered within *fourteen (14) calendar days* after receipt of an order | $4.25 | $.90 | $.60 |
| *Expedited Transcript*<br>(7 day) A transcript to be delivered within *seven (7) calendar days* after receipt of an order. | $4.85 | $.90 | $.60 |
| *Daily Transcript*<br>A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. (NOTE: The court needs *advance* | $6.05 | $1.20 | $.90 |

| | | | |
|---|---|---|---|
| *written* notification, preferably up to 30 days, when a transcript is anticipated in order to make the necessary arrangements.) | | | |
| **Hourly Transcript**<br>A transcript of proceedings ordered under unusual circumstances to be delivered within *two (2) hours.* | $7.25 | $1.20 | $.90 |
| **Realtime Transcript**<br>A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment. | $3.05 | $1.20 | |

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Request for Transcripts of the September 28, 2016 hearing on the summary judgment motion (ECF No. 68) is DENIED.

DATED this 27th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

**AO 435** (Rev. 10/05)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
**DUE DATE:**

*Read Instructions on Back:*

| 1. NAME | | 2. PHONE NUMBER | 3. DATE |
|---|---|---|---|
| 4. FIRM NAME | | | |
| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
| | | 11. | 12. |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | |
| | | 14. | 15. STATE |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☐ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (check all that apply)
- PAPER COPY ☐
- E-MAIL ☐
- DISK ☐
- PDF FORMAT ☐
- ASCII FORMAT ☐

**ESTIMATED COSTS**

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**E-MAIL ADDRESS**

19. SIGNATURE

20. DATE

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

**Print**    **Save As...**    **Reset**